UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

**JAQUELLA CROSS**, **ISABELLA DESTEFANO** and **KAITLYN STEFFLER**, individually and on behalf of all others similarly situated,

  Plaintiffs,

v.

**HOTS INC.**, a Domestic Profit Corporation d/b/a **VEGAS STRIP GENTLEMEN'S CLUB**, et al.,

  Defendants.

Case No. 1:18-CV-00276
Hon. ROBERT J. JONKER

---

| | |
|---|---|
| **AVANTI LAW GROUP, PLLC**<br>Robert Anthony Alvarez (P66954)<br>Attorneys for Plaintiffs<br>600 28th St. SW<br>Wyoming, MI 49509<br>(616) 257-6807<br>ralvarez@avantilaw.com | **SHAFER & ASSOCIATES, P.C.**<br>Matthew J. Hoffer (P70495)<br>Attorneys for Defendants<br>3800 Capital City Boulevard, Suite 2<br>Lansing, MI 48906<br>(517) 886-6560<br>Matt@bradshaferlaw.com |

---

## MOTION FOR DISBURSEMENT OF UNCOLLECTED SETTLEMENT FUNDS

1. On or about March 14, 2018, the Named Plaintiffs, Jaquella Cross, Isabella Destefano, and Kaitlyn Steffler, initiated this Class and Collective Action Complaint alleging violations of the Fair Labor Standards Act (FLSA) and the Michigan Workforce Opportunity Wage Act (MWOCA) against Defendants, Hots Inc., Vegas Strip Gentlemen's Club, and Stephen J. Titus.

2. After extensive negotiations and discussions, the Parties reached a settlement agreement, as memorialized in the Release and Settlement Agreement. *ECF No. 36 – 1.*

3. Pursuant to the terms of the Release and Settlement Agreement, it was agreed that any uncollected or non-negotiated settlement checks or unpaid funds from the Settlement Pool would be designated for charitable donation.

4. The charitable organization designated was the American Cancer Society – Making Strides Against Breast Cancer. *ECF No 36 – 1 PageID. 660.*

5. The uncollected settlement amount stands at $1,886.78.

6. Counsel for the Plaintiffs in the above-captioned action, hereby respectfully move this Honorable Court for approval for disbursement of uncollected settlements funds to the American Cancer Society – Making Strides Against Breast Cancer, pursuant to the terms of the Release and Settlement Agreement previously entered into by the Parties.

Dated: April 30, 2024                     */s/Robert Anthony Alvarez*
                                                                Robert Anthony Alvarez (P66954)
                                                                Attorney for Plaintiff
                                                                Avanti Law Group, PLLC